2/03/17 1:00PM
FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Heath Camron Stewart**
     **Teresa Lynn Stewart**                                    Case No.
                          Debtor(s)                             Chapter  **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Heath Camron Stewart** | S.S.# | **xxx-xx-3806** |
| | (W) **Teresa Lynn Stewart** | S.S.# | **xxx-xx-8074** |
| ADDRESS: | **58 Winston Place** | | |
| | **Jackson, TN 38305** | | |

PLAN PAYMENT: Debtor(s) to pay $ **657.00**   (weekly, every two weeks, **semi-monthly**, monthly)
PAYROLL DEDUCTION: **NO**   OR ( ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT: **State of Tennessee**   Spouse's Employer: **Mighty Products Center**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | |
|---|---|---|---|---|
| **Seterus, Inc.** | Ongoing pmt. Begin **March 1, 2017** | | | $ **955.00** |
| | Approx. arrearage **7,447.72** | Interest **0.00** % | | $ **126.00** |
| SECURED CREDITORS; | VALUE | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | | PLAN PMT. |
| **Ally - BK Notice** | $ **4,429.02** | **5.25** % | | $ **85.00** |

UNSECURED CREDITORS:   Percentage to be paid to unsecured creditors to be set at 100%;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$4,557.49**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.

DEBTOR'S ATTORNEY:   **GAYRA HALL 028087**
**WALKER, WALKER & WALKER**
**107 S. SHANNON ST**
**JACKSON, TN 38301**
**731-427-5568  Fax:731-424-9088**