**Dated: June 29, 2017**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| | : |
| HEATH CAMRON STEWART and | : CASE NO. 17-10252 |
| TERESA LYNN STEWART, | : |
| | : JUDGE Jimmy L. Croom |
| Debtors. | : |

**CONSENT ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF PLAN**

The above-styled matter having been set for hearing on May 4, 2017, on the Amended Objection to Confirmation of Plan, Doc. 23 filed by **Federal National Mortgage Association ("Fannie Mae")** ("Creditor"), IT APPEARING, that based upon the signatures of counsel below, the parties have agreed to resolve the Objection. IT IS THEREFORE ORDERED:

1. That Creditor is an entity entitle to enforce the Note, secured by a Deed of Trust on real property located at 58 WINSTON PL JACKSON, TN 38305, (the 'Property').

2. Debtors filed for relief under Chapter 13 of the Bankruptcy Code and filed a Plan providing for repayment of the pre-petition arrearage claim through the Plan, with the continuing monthly payments to Creditor to be paid by the Trustee beginning March 1, 2017. Creditor filed an Objection claiming that the proposed plan fails to provide for sufficient payments to Creditor.

3. By Agreement of Parties, the Debtors' Chapter 13 plan shall be modified to allow the proof of claim (claim no. 5), filed by Fannie Mae, by and through their servicer Seterus, Inc., for a pre-petition arrearage in the amount of $9,357.24 to be paid a monthly

233522

payment as determined by the Trustee to cure said arrearage over the life of the Plan. The Trustee shall make the regular ongoing mortgage payments beginning with the March 1, 2017 of $955.00. This amount is subject to change pursuant to any "Notice of Payment Change" filed by creditor. ($956.15 beginning with the April 1, 2017 payment).

4. Debtors' Chapter 13 Plan shall be modified to incorporate the changes herein and the payment to the Chapter 13 Trustee increased in an amount necessary to fund the modification; and, if required, a new Order Directing Employer to Make Deductions from Employee's Wages or Order Directing Debtors to Make Payments shall be filed.

Accordingly, it is

ORDERED, that this agreement between the parties to resolve the Objection to Confirmation of Plan filed by **Federal National Mortgage Association ("Fannie Mae"),** be and is made the Order of this Court.

SO ORDERED.

PREPARED BY and APPROVED BY:
/s/ S. Keith Eady
S. Keith Eady, (B.P.R. 20562)
RCO Legal, P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
Telephone: 404-486-2386
Fax: 404-920-9901
keady@rcolegal.com
Attorney for Movant

APPROVED BY:

/s/ Gayra Marlyn Hall
Gayra Marlyn Hall
Walker, Walker, & Walker, PLC
107 South Shannon St.
Jackson, TN 38301
731-427-5568
Fax : 731-424-9088
Email: gayra@walkerlawtn.com
Attorney for the Debtors

APPROVED BY:
/s/ Timothy H. Ivy
TIMOTHY IVY
P.O. Box 1313
Jackson, TN 38302-1313
(731) 664-1313
ecf_summ@ch13jax.com

233522